UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE ANNUITY, WELFARE AND
APPRENTICESHIP SKILL IMPROVEMENT &
SAFETY FUNDS OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C & 15D, AFL-CIO, by
Their Trustees James T. Callahan, Thomas A. Callahan,
Michael Salgo and Denise M. Richardson,
CENTRAL PENSION FUND OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS, by its Chief
Executive Officer Michael A. Crabtree,
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO,
by its President & Business Manager Thomas A. Callahan,

                                                   JUDGMENT
                                                   19-CV-4484-ENV-SJB

                      Plaintiffs,

    v.

NORTHEAST INDUSTRIAL
MAINTENANCE, INC.,
                      Defendant.
----------------------------------------------------------------X

        An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on November 2, 2020, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated September 28, 2020, which recommended the following: that default judgment be entered against Northeast Industrial, and Northeast Industrial be ordered to pay the following: 1. $20,525.00 in delinquent ERISA contributions; 2. $1,660.44 in unpaid supplemental union dues and political action committee payments; 3. $2,185.78 in interest on delinquent ERISA contributions through April 9, 2019, plus interest calculated by the Clerk of Court from April 10, 2019 through the date of judgment at a rate of $3.73 per day; 4. Interest on unpaid supplemental union dues and political action committee payments as calculated by the Clerk of Court from October 1, 2016, through the date of entry of judgment at a rate of $0.41 per day; 5. $2,052.50 in

liquidated damages; 6. $3,420.00 in attorneys' fees; 7. $460.00 in costs; and 8. $3,927.95 in audit fees, and the Clerk of Court having calculated the interest as set forth above, and the interest amounts being $2,137.29 and $612.54; it is

      ORDERED and ADJUDGED that plaintiff's motion for default judgment is granted; and that default judgment is hereby entered against Northeast Industrial in the total amount of $36,981.50.

Dated: Brooklyn, New York  
       November 3, 2020

Douglas C. Palmer  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk